| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |

Before: James Orenstein　　　　　　　　　　　　　　　　Date:　6/29/2018
　　　　　U.S. Magistrate Judge　　　　　　　　　　　　　Time:　10:30 a.m.

*Simone Clarke v. New York City Department of Education, et al.*
18-CV-1850 (NGG) (JO)

Type of Conference:　Initial

Appearances:　Plaintiff　　　Jordan F. Harlow

　　　　　　　　Defendants　　Jenna L. Krueger

Scheduling:

1.　The next status conference will be held on December 5, 2018, at 10:30 a.m.

2.　A pretrial conference will be held on February 13, 2019, at 10:30 a.m.

Summary: I will enter a separate case management and scheduling order that reflects, with minor modifications, the deadlines set forth in the parties' joint discovery plan.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　James Orenstein
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge