UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SIMONE CLARKE,

                                                          Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION; CLAUDETTE CHRISTIE, PRINCIPAL OF WATCH HIGH SCHOOL,

                                                          Defendants.

------------------------------------------------------------------------ x

**DEFENDANTS' NOTICE OF MOTION FOR <u>SUMMARY JUDGMENT</u>**

18 Civ. 1850 (NGG)(JO)

        **PLEASE TAKE NOTICE** that, upon the annexed Defendants' Local Rule 56.1 Statement of Undisputed Material Facts, dated July 26, 2019, Declaration of Cassandra N. Branch in Support of Defendants' Motion for Summary Judgment, dated July 26, 2019, and the exhibits annexed thereto, Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, dated July 26, 2019, and all prior papers and proceedings heretofore had herein, defendants will move this Court, before the Honorable Nicholas G. Garaufis, United States District Judge for the Eastern District of New York, at the United States Courthouse, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time convenient to the Court, for an order and judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting defendants summary judgment, dismissing this action in its entirety, entering judgment for defendants, and granting defendants costs, fees, and disbursements, together with such other and further relief as the Court may deem just and proper.

Dated: New York, New York
July 26, 2019

                         **ZACHARY W. CARTER**
                         Corporation Counsel of the
                           City of New York
                         Attorney for Defendants
                         100 Church Street, Room 2-140
                         New York, New York 10007-2601
                         (212) 356-4074
                         cbranch@law.nyc.gov


By:   [ECF]        /S/_____
                Cassandra N. Branch
              Assistant Corporation Counsel


TO:   **GLASS & HOGROGIAN, LLP**
       Attorneys for Plaintiff
       85 Broad St., 18th Floor
       New York, NY 10004
       (By ECF)