# GLASS & HOGROGIAN LLP
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
85 Broad Street
WeWork – 18th Floor
New York, NY 10004
TEL. NO. 212-537-6859
FAX NO. 845-510-2219

E-mail: bglass@ghnylaw.com

*Bryan D. Glass*
    Partner

September 13, 2019

*Via ECF and Hand Delivery*
Cassandra N. Branch
Assistant Corporation Counsel
Labor and Employment Law Division
New York City Law Department
Office of the Corporation Counsel
100 Church Street, Room 2-176
New York, NY 10007-2601

    Re:    Clarke v. New York City Dep't of Educ., et al.
                   18 Civ. 1850 (NGG)(JO)

Dear Ms. Branch:

    I am an attorney in the office of Glass & Hogrogian LLP, attorney for the Plaintiff in the above-captioned action. In accordance with The Honorable Nicholas G. Garaufis' Individual Practices and Rules, enclosed is Plaintiff's Rule 56.1 Counterstatement to Defendants' Statement of Undisputed Facts and Plaintiff's Rule 56.1 Statement of Undisputed Facts, Plaintiff's Memorandum or Law in Opposition to Defendants' Motion for Summary Judgment, and Declaration of Bryan D. Glass in Opposition to Defendants' Motion for Summary Judgment.

                                      Respectfully submitted,

                                      /s: *Bryan Glass*
                                      BRYAN D. GLASS