# Exhibit A



## Responses and Replies

1:18-cv-01850-NGG-JO Clarke v. New York City Department of Education et al

ACO

An Internal Error has occurred the error code is 48.
error:

An Internal Error has occurred the error code is 48.




## Responses and Replies

1:18-cv-01850-NGG-JO Clarke v. New York City Department of Education et al

ACO

An Internal Error has occurred the error code is 48.
error:

An Internal Error has occurred the error code is 48.