**GLASS & HOGROGIAN LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
85 Broad Street
WeWork – 18th Floor
New York, NY 10004
TEL. NO. 212-537-6859
FAX NO. 845-510-2219

E-mail: jharlow@ghnylaw.com

*Bryan D. Glass*
    Partner

October 25, 2019

**BY FAX and ECF**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Clarke v. N.Y.C. Dep't of Educ., et al.
              Civ. Action No. 18 Civ. 1850 (NGG) (JO)
              Request for Extension of Time to File Plaintiff's Response to Defendants'
              Reply to Plaintiff's Opposition to Defendant's Summary Judgment Motion

Dear Judge Garaufis:

      I am the attorney for Plaintiff in the above-referenced matter. I write to request a two week extension of time to file Plaintiff's Response to Defendants' Reply to Plaintiff's Opposition to Defendant's Summary Judgment Motion from October 25, 2019 to November 8, 2019. The reason for this request is that we did not receive Defendants' Reply until October 18, 2019, one week later than originally scheduled. This is Plaintiff's first request for an extension of time to file a response to Defendants' Reply. Defendants consent to this adjournment.

      Thank you for your consideration of this request for an extension of time for Plaintiff to submit her response.

                                  Respectfully submitted,

                                  /s: *Bryan Glass*
                                  BRYAN GLASS