**EXHIBIT 2**

I received it this morning from Dana.

What do you think I should do?

Just received will read

Write a rebuttal. Are you putting into your journal like I asked you to everything you do? Can you rebut what she is saying? How are you unprofessional? Where are the itemized details? She doesn't want me to mentor you anymore but legally she needs to put up somebody. Don't let in that I know. What did your union rep state

00062

I'll call you later, I'm very emotional about it. I don't know what I did to her at all.

You got pregnant and can't work the summer

Call later out of building

Ok.

Mon, Apr 18, 6:42 PM

Will be at a board meeting till 9:30

I'm just getting home. I'll call after your meeting, if okay with you?

Yes. Lt. me call you from my landline

Okay. Call my land line as well.

00063

[REDACTED]

Thu, May 5, 9:58 AM

Good morning slacker. Are you
ok? Is the baby ok?  And on top
of you not feeling well I have to
bother you for the password.

I'm at the doctor. I'll call you
when I'm done.

Ok

Tue, Jun 7, 11:43 AM

Hope all is well.  Christie wants
me to come in on Friday to help
you with paper work for next
year. Are you going to be in?



00064

D00168

done doe

Ok. Do you need me on Friday with paper work

Mon, Jun 13, 7:35 AM

Sent you the reviews of transcripts in an email doe

Tue, Jun 14, 9:18 PM

Hi _____ I was in a car accident on Monday. Everyone is fine. I was in the hospital yesterday monitoring the baby, _____ good. I'm on medical leave until further notice. I asked about my personal file and Ms. Christie said the request must be done in writing and can only be viewed in front of

She is correct about the ___

00065

Just make sure nothing is there that you didn't sign unless a thank you. My god though don't make any bets for you will lose the way your luck is going. But I shouldn't say that because you and the baby are doing great. Keep In touch. 🌑

Lol. Thanks ⬛⬛⬛ Enjoy your summer. Blessing for you and your daughters. I pray that they have a safe delivery.

Fri, Jun 17, 9:01 AM

GM

I am attaching an email to you. Please read below;

From: Christie Claudette (19K510)

D00170

r the letters detailing all those meetings. I would talk to a union legal about this u rating. Did ███ from union ever get back to you

You need to breath and review every item to rebut

Let me think who I know to send this

> I spoke with ███ a few days ago and he said when and if I officially received a u rating, then we would appeal it. I didn't forward the email to him yet. I am doing it now.

Good. As I was reading it I also realized you r a new ap. So wher is her support. She might say ███. But you need a time line showing from the berg inning when did she provide you

05067

realized you r a new ap. So
wher is her support. She might
say ▮▮▮▮▮▮▮  But you need a
time line showing from the berg
inning when did she provide you
support she can't say me
because even though she was
going to she yanked me off
within a week and I only spoke
to you once. Also look at the
responsibilities and how many
times she changed them
without giving u a chance to get
familiar.  But especially put
down the changes and firsts you
brought to school. Also your
absence

I know I'm always saying this but
I don't know why she is going so
hard after me. I met with ▮▮▮
▮▮▮▮▮▮▮ three times, another
mentor once (I can't remember
her name - Ivy), then you

I know I'm always saying this but I don't know why she is going so hard after me. I met with [FOIL] [FOIL] three times, another mentor once (I can't remember her name [FOIL]) then you became my mentor. She didn't really want to help me grow or get better. On Feb 8, Ms. Christie told us that [FOIL] would be in on 2/9 and 2/10 to observe and support the teachers. On 2/24 [FOIL] also became my mentor along with her other duties.

And when did she leave.

March 15

So how much mentoring could she give. In fact that letter

D00173

so how much mentoring he did

she give. In fact that letter
▒▒▒▒▒ wrote could have an
inverse impact on Christie
concerning support

> Idk, I met ▒▒▒▒▒ once. Also
> met with ▒▒▒▒▒ on
> ADVANCE training, twice with
> ▒▒▒▒▒ and Ms. Christie and twice
> on my own.

Still not all the training you
needed and she hasn't
documented it

> Idk ▒▒▒▒ Maybe in her mind
> she provided a tremendous
> amount of support and she still
> didn't see any progress or
> change. I just hope next year
> she lays off me and move on to
> someone else.

She will but you need to fight that u and I don't care what is in her mind it isn't on paper

Lol I will definitely fight the u

Good now relax for the two battles coming baby and appeal

Okay. Thanks. How r u doing?

Fine. I picked up a coaching job for the fall with ▮▮▮ for September

Oh that great!!

Are you coming back to WATCH

Don't know will play by ear

OH I will miss you if you don't. I don't think I could stay calm

D00175

You got pregnant and can't work
the summer

Call later out of building

Will be at a board meeting till

Yes. Lt. me call you from my
landline

Good morning slacker. Are you ok?  Is the baby ok?   And on top of you not feeling well I have to bother you for the password. Gabrielle1 or 8

Ok

Hope all is well.  Christie wants me to come in on Friday to help you with paper work for next year. Are you going to be in?

Ok. Do you need me on Friday
with paper work

Sent you the reviews of
transcripts in an email doe

Hi Shelia. I was in a car accident
on Monday. Everyone is fine. I
was in the hospital yesterday
monitoring the baby, she's
good. I'm on medical leave until
further notice. I asked about my
personal file and Ms. Christie
said the request must be done
in writing and can only be
viewed in front of Dana.

She is correct about the file

Just make sure nothing is there that you didn't sign unless a thank you.  My god though don't make any bets for you will lose the way your luck is going. But I shouldn't say that because you and the baby are doing great. Keep In touch.  😏

Just received will read

Write a rebuttal. Are you putting into your journal like I asked you to everything you do?  Can you rebut what she is saying?  How are you unprofessional? Where are the itemized details?  She doesn't want me to mentor you anymore but legally she needs to put up somebody. Don't let in that I know.  What did your union rep state

P0122

r the letters detailing all those meetings. I would talk to a union legal about this u rating. Did bob from union ever get back to you

You need to breath and review every item to rebut

Let me think who I know to send this



Good. As I was reading it I also realized you r a new ap. So wher is her support. She might say Patterson. But you need a time line showing from the berg inning when did she provide you

realized you r a new ap.  So wher is her support. She might say Patterson.  But you need a time line showing from the berg inning when did she provide you support she can't say me because even though she was going to she yanked me off within a week and I only spoke to you once.  Also look at the responsibilities and how many times she changed them without giving u a chance to get familiar.   But especially put down the changes and firsts you brought to school. Also your absence


P0124

And when did she leave.

So how much mentoring could
she give. In fact that letter

she give. In fact that letter
Patterson wrote could have an
inverse impact on Christie
concerning support

Still not all the training you
needed and she hasn't
documented it



She will but you need to fight
that u and I don't care what is in
her mind it isn't on paper

Good now relax for the two
battles coming baby and appeal

Fine. I picked up a coaching job
for the fall with Tamika Mattison
for September

Don't know will play by ear

