**EXHIBIT 5**

# Vanan Online Services, Inc.

| File Name: | Ramos |
|---|---|
| Number of Speakers: | 2 |
| Length of file: | 00:04:39 |
| Audio Category<br><br>List volume, accent, N/N speakers. | Difficult |
| Any Comments (e.g. times of recording not needing transcription, etc. e.g., off the record conversation) | Verbatim: Yes     Time codes: No<br><br>Speaker ID: Yes |
| Any Problems with Recording<br><br>(e.g., background noise, static, etc. | Background Noise |
| Unusual Words or Terms: Must be completed<br><br>(e.g., abbreviations, Company Names, Names of people or places, technical jargon | N/A |
| Transcriber VIN: | |
| QA/QC VIN<br><br>Comments | |

Business Email: Support@vananservices.com
Website: www.vananservices.com
Phone Number: 866-221-3843

# Vanan Online Services, Inc.

[Audio Begins] [0:00:00]

Miss Clarke:  Okay, oh, the one that's really disgusting, right?

Lindsay:  Definitely.  No, talked to her this morning, but yesterday she was cursing, kicked the door.

Miss Clarke:  Yeah, let me tell you who it is, it's the--, yeah, so they was like Miss Alice took care of it last year, this was part of Miss Alice duties.

Lindsay:  What are they called?

Miss Clarke:  It's New York City Department of Deputy Chancellor.  It's just as a survey to see how the students feel about the school.  Like what services they feel that they get and what services do they feel that they need in order for them to do it.  You know, in order for them to assess what the school needs are.

Lindsay:  Who's phone is that?

Miss Clarke:  I thought ya'll left it like that on purpose, so I'm just… Where's Lionel?  You know what I wanted to know, what was I gonna ask you?  Cause that, were you there that day when Miss Christy walked behind me when I was pregnant?

Lindsay:  Yeah, I was there.

Miss Clarke:  Oh, you was inside the [inaudible] [0:01:16]?

Lindsay:  No, I was coming towards you and you was leaving so I could see everything that was going on.

Miss Clarke:  So, you saw what she was doing?

Lindsay:  Yeah.

Miss Clarke:  Okay.  Because I was like--, cause I asked on Miss White, like, I had told you what happened?

Lindsay:  With what?

Miss Clarke:  Like I have walked into the office and she's like, walked out.

Lindsay:  Yeah, yeah.

Business Email: Support@vananservices.com
Website: www.vananservices.com
Phone Number: 866-221-3843

# Vanan Online Services, Inc.

Miss Clarke:  Yeah.  And I just walked out, but later on when I asked Miss White what were they talking about, cause why was my name in there?  But Miss White was like, "Nothing."  She don't know why she started doing that.

Lindsay:  No, like, I'm walking towards you, you're walking towards me so I could see everything that's going on behind you. And all I saw she was going like this…

Miss Clarke:  Rubbing her belly?

Lindsay:  Yeah, like imitating you, mimicking you.  So, that I got mad because that's not nice to do.  And then, you know, everybody that was laughing, it's people that she tried to sue.  So, why would you be so two faced and join in like that?

Miss Clarke:  But not even laughing, why would you even be doing that to me?  Walking behind me like a pregnant woman rubbing your belly?

Lindsay:  But you know what she is.  At this point, I'm getting disgusted b Ying here.

Miss Clarke:  Oh yeah?

Lindsay:  Yeah, because it's just one day she's like, Hi Lindsay, hi?" And then the next minute she goes--.  Like yesterday she was like, "Didn't Miss Clarke tell you that you have to go to PD?"  I said, "Yes she did and I just finished the phones."

Miss Clarke:  Mm-hmm.

Lindsay:  So, she was like, "Okay, so go down stairs."  I'm like, "Like, what the hell is wrong with her?"  And then she went downstairs to check if we went there.

Miss Clarke:  To see if you went there?

Lindsay:  Yeah.  Mr. [inaudible] [0:03:09] was down there holding it down, why she has to come with the attendance and make sure that Ramos sign, we sign.  She had no business going down stairs, if Ramos was already there.  She just wanted to make sure that we went.

Miss Clarke:  Hello?  Miss Christy.  Well I have the people coming in network, no, it's past that.  They're in Dawson and Palmer's right now, so after they come out I was going to have them back in my room to go over to like having a nap to do before they get ready for the next period.  And then remember, don't forget that they're supposed to meet with you at 1:30.  Okay, good.  So, I've just been doing that, well, hold on Miss Stewart, I'm gonna open it in a minute, give me two minutes.  Okay, okay, Miss Christy.  Anything else?  Okay, no problem.

[Audio Ends] [0:04:39]

Business Email: Support@vananservices.com
Website: www.vananservices.com
Phone Number: 866-221-3843



**Vanan Online Services, Inc.**
Think Service Think Vanan

### Certificate of Transcription

Transcription of **"MeetingMay202016.m4a AND Ramos.m4a"**

From **"English"** to **"English"**

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript.

A copy of the transcription is attached to this certification.

*Steve Vogel* (signature)

**Steve Vogel**, Manager – Production
Date: 11th September of 2019

Vanan Online Services, Inc.
EIN 81-3795675
ATA Member #266532
ISO 9001:2015

4444 Germanna Hwy., Ste. 365 • Locust Grove, VA 22508
Office: (888) 535-5668
Email: support@vananservices.com
Website: www.vananservices.com