**Littler Mendelson, PC**
290 Broadhollow Road
Suite 305
Melville, NY 11747


Cassandra N. Branch
631.247.4702 direct
631.247.4700 main
cbranch@littler.com

March 10, 2020

**BY ECF**

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Clarke v. New York City Department of Education, et al.*
               18-cv-01850

Dear Judge Garaufis:

      Please withdraw and terminate my appearance on behalf of Defendants, The New York City Department of Education and Claudette Christie in the above-referenced action. I am no longer employed by the City of New York and will no longer be representing these defendants.

      Thank you for your attention to this matter.

Sincerely,

/s/ *Cassandra N. Branch*

Cassandra N. Branch

CNB/mjr