UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

SIMONE CLARKE,

                                                     Plaintiff,

-against-

THE NEW YORK CITY DEPARTMENT OF
EDUCATION and CLAUDETTE CHRISTIE,

                                                     Defendants.

-------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

18-CV-1850 (NGG) (JO)

        **PLEASE TAKE NOTICE**, that I am Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, now assigned to represent defendants in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below, and that I be placed as Lead Counsel for defendants on the Docket Sheet.

Dated:     New York, New York
              November 5, 2020

                                                **JAMES E. JOHNSON**
                                                Corporation Counsel of the City of New York
                                                Attorney for Defendant
                                                100 Church Street, Room 2-208
                                                New York, New York 10007
                                                (212) 356-3514
                                                amitchel@law.nyc.gov

                                     By: _____
                                                Alison S. Mitchell
                                                *Senior Counsel*

cc:     **Via ECF**
        GLASS & HOGROGIAN, LLP
        Jordan Harlow
        Attorneys for Plaintiff