

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**Alison S. Mitchell**
*Senior Counsel*
phone: (212) 356-3514
fax: (212) 356-1148
amitchel@law.nyc.gov

March 15, 2021

**BY ECF**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Clarke v. New York Dep't of Educ., et al.*
             18-CV-01850 (NGG) (PK)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and attorney for the Defendants in the above-referenced action.

      I write jointly, on behalf of all parties, to inform the Court that the parties have reached an agreement, in principle, to settle this action. We therefore request that the Joint Pre-Trial Order due on April 5, 2021, be adjourned *sine die*. The parties anticipate filing a stipulation of voluntary dismissal with prejudice once a settlement agreement is finalized.

      Thank you for your attention to this matter.

                                   Respectfully submitted,

                                   Alison S. Mitchell
                                   *Assistant Corporation Counsel*

                                   /s: *Jordan Harlow*
                                   JORDAN HARLOW
                                   GLASS & HOGROGIAN, LLP