UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

SIMONE CLARKE,

                                                           Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
CLAUDETTE CHRISTIE, PRINCIPAL OF WATCH HIGH
SCHOOL,

                                                           Defendants.

---------------------------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL**

18-CV-1850 (NGG)(PK)

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties as represented below, that the above-referenced action is hereby dismissed with prejudice, without costs to any party, and an order to that effect may be entered without further notice.

Dated: New York, New York
      March 23, 2021

**GLASS HARLOW & HOGROGIAN LLP**
Attorneys for Plaintiff
85 Broad Street
WeWork – 16th Floor
New York, New York 10004

By: _____
      Jordan Harlow

**JAMES E. JOHNSON**
Corporation Counsel of
the City of New York
Attorney for Defendant
100 Church Street, Room 2-108
New York, New York 10007
(212) 356-3514
amitchel@law.nyc.gov

By: _____
      Alison S. Mitchell
      *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2021